UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-10033-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

       Plaintiff,

vs.

PAUL BOUCHARD,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on December 4, 2018. A Report and Recommendation was filed on January 16, 2019, [ECF No. 15], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 15] of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts 1of the Information, which charges him with conspiracy to commit fraud involving aircraft parts in interstate of foreign commerce, in violation of 18 U.S.C. § 38(a)(3.

**DONE AND ORDERED** in Chambers at Miami, Florida, this___day of February, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office